IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAMS MFG. CORP., <br>    a Pennsylvania corporation, <br><br>           Plaintiff, <br><br>       v. <br><br> STERLING, INC. <br>    a Missouri corporation, <br> DOLLAR DEPOT OF PA, INC., <br>    a Pennsylvania corporation, <br>         and <br> PROMOTIONS UNLIMITED CORPORATION, <br>    an Illinois corporation, <br><br>           Defendants. | ) <br> ) <br> ) <br> ) <br> )     Civil Action No. 06-1052 <br> ) <br> ) <br> ) <br> )     Judge Lancaster <br> ) <br> )     Magistrate Judge Caiazza <br> ) <br> ) <br> ) <br> )     JURY TRIAL DEMANDED <br> ) <br> ) |

## CONSENT JUDGMENT

AND NOW, this _6th_ day of ___Oct___, 2006, the Court having been advised

that the Plaintiff and Defendant, Dollar Depot of Pa, Inc., have agreed to settle this action, and

the Parties having submitted this Consent Judgment to the Court for its consideration, and the

Court having concluded that the provisions of this Consent Judgment are appropriate to the

settlement and deposition of this litigation:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      This Court has jurisdiction over the Parties and the subject matter of this lawsuit.

2.      United States Patent Nos. 5,039,045 (the "'045 patent") and D345,903 (the "'903

          patent") are valid, enforceable and owned by Plaintiff, Adams Mfg. Corp.

3.   The manufacture, sale, offer for sale and importation into the United States of
suction cups having a shape as shown in Exhibit G of the Complaint filed in this
case infringe one or more claims of the '045 and '903 patents. Defendant, Dollar
Depot of Pa, Inc., its officers and employees, are hereby enjoined from making,
using, selling or importing these suction cups, and all other suction cups within
the claims of the '045 and/or '903 patents, except under license from Plaintiff,
Adams Mfg. Corp.

4.   United States Trademark Registration No. 1,675,130 for an A-Shaped Tab is a
valid trademark owned by Adams Mfg. Corp.

5.   Defendant, Dollar Depot of Pa, Inc., its officers and employees, are hereby
enjoined from making, using, selling or importing suction cups having a tab
extending from the outer circumference of the cup portion which are confusingly
similar to the A-Shaped Tab trademark of United States Trademark Registration
No. 1,675,130, including the suction cups illustrated in Exhibit G of the
Complaint filed in this case.

6.   Defendant, Dollar Depot of Pa, Inc., its officers and employees, are hereby
enjoined from using the A-Shaped Tab trademark and any colorable imitations
thereof in connection with suction cups.

7.   All claims against Defendant, Dollar Depot of Pa, Inc., are dismissed with
prejudice.

8.   Each Party shall bear its own costs and attorney fees.

9.   This Judgment is and shall be binding upon the Parties hereto, and upon their
successors and assigns.

2

10.    This Court retains jurisdiction to enforce this Consent Judgment and the

settlement agreement made by the parties.

United States District Judge

APPROVED AND CONSENTED TO:

ADAMS MFG. CORP.                                      DOLLAR DEPOT OF PA, INC.

By:                                                  By:
Lynn J. Alstadt                                      Name: DONALD BREZINA
PA I.D. No. 23487                                    Title: PRESIDENT
Bryan H. Opalko
PA I.D. No. 86721
BUCHANAN INGERSOLL
   & ROONEY PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania 15219

Attorneys for Plaintiff

3